```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 19-00207-RNO
Joseph Richard Mosluk                                             Chapter 13
Kelly Ann Mosluk
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh              Page 1 of 2         Date Rcvd: Mar 04, 2019
                              Form ID: ntnew341          Total Noticed: 57
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
```
db/jdb         Joseph Richard Mosluk,    Kelly Ann Mosluk,    35 Thomas Dr,    Tunkhannock, PA  18657-9565
cr            +Commonwealth of Pennsylvania UCTS Collections Supp,    651 Boas Street, Room 925,
                Harrisburg, PA 17121-0751
5165251       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
5159951       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
5151487        Apex Asset,    2501 Oregon Pike,    Lancaster, PA  17601-4890
5151488        Aqua America,    762 W Lancaster Ave,    Bryn Mawr, PA  19010-3402
5151489        Blue Ridge Cable,    512 Hunter Hwy Ste 1,    Tunkhannock, PA  18657-7965
5151490       +Burr & Reid,    400 Plaza Dr,    Vestal, NY  13850-3667
5151491       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine Weiner,    PO Box 55848,    Sherman Oaks, CA  91413-0848)
5151494        Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD  57104-0478
5151495        Children's Hospital of Philadelphia,    c/o Harris & Harris,    PO Box 783777,
                Philadelphia, PA  19178-3777
5151612       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
5151496        Credit Acceptance Corp,    PO Box 513,    Southfield, MI  48037-0513
5151498        Denise Mangan,    67 Graham Ave,    Wilkes Barre, PA  18706-3221
5151499        Fidelity Dep & Disc Ba,    5338 Washington Ave,    Scranton, PA  18501
5151500        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
5151501        Ge Capital,    401 N Broad St,    Philadelphia, PA  19108-1001
5151502        Gm Financial,    PO Box 181145,    Arlington, TX  76096-1145
5151503       +Guthrie Clinic Epic,    1 Guthrie Sq,    Sayre, PA 18840-1699
5151504       +Guthrie Clinic N,    1 Guthrie Sq,    Sayre, PA 18840-1699
5151505        Guthrie Clinic N,    PO Box 826908,    Philadelphia, PA  19019
5151506       +Guthrie Robert Packer Hospit,    1 Guthrie Sq,    Sayre, PA 18840-1698
5151508        Jeffrey J. Bognatz,    604 Meshoppen Creek Rd,    Meshoppen, PA  18630-8513
5151486        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5151509        Lvnv Funding LLC,    Greenville, SC  29601
5151510        Majestic III,    35 Thomas Dr,    Tunkhannock, PA  18657-9565
5151511        Med Data Sys,    2150 15th Ave,    Vero Beach, FL  32960-3436
5151512        Midland Mtg,    PO Box 268959,    Oklahoma City, OK  73126-8959
5151484        Mosluk Joseph Richard,    35 Thomas Dr,    Tunkhannock, PA  18657-9565
5151485        Mosluk Kelly Ann,    35 Thomas Dr,    Tunkhannock, PA  18657-9565
5162225       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                Dallas, TX 75261-9741)
5151514        Nationstar/mr Cooper,    350 Highland St,    Houston, TX  77009-6623
5151517        Penelec,    PO Box 3687,    Akron, OH  44309-3687
5151519       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
5151520        R R Resource Recovery,    88 E Tioga Ave,    Corning, NY  14830-2858
5151521        Susquehanna Pathology Lab,    PO Box 197,    State College, PA  16804-0197
5151522        Tbom/contfin,    PO Box 8099,    Newark, DE  19714-8099
5151523        Tyler Memorial Hospital,    5950 State Route 6,    Tunkhannock, PA  18657
5161851       +Westkake Financial Services,    4751 Wilshire Blvd., Suite 100,    Los Angeles, CA 90010-3847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5151614       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 04 2019 19:42:33      COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 925,
                HARRISBURG, PA 17121-0751
5151492        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2019 19:50:53
                Capital One Bank USA N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5151493       +E-mail/Text: bankruptcy@cavps.com Mar 04 2019 19:42:18      Cavalry Portfolio Serv,
                500 Summit Lake Dr,    Valhalla, NY 10595-2322
5152157       +E-mail/Text: bankruptcy@cavps.com Mar 04 2019 19:42:18      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5151497        E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2019 19:50:32
                Credit One Bank N.A.,    PO Box 60500,    City of Industry, CA  91716-0500
5151507        E-mail/Text: cio.bncmail@irs.gov Mar 04 2019 19:41:43      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5157156        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2019 19:50:07      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5155056        E-mail/Text: bkr@cardworks.com Mar 04 2019 19:41:32      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5151513        E-mail/Text: Bankruptcies@nragroup.com Mar 04 2019 19:42:34      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA  17111-1036
5164223        E-mail/PDF: cbp@onemainfinancial.com Mar 04 2019 19:50:49      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5151515        E-mail/PDF: cbp@onemainfinancial.com Mar 04 2019 19:49:58      Onemain,    PO Box 1010,
                Evansville, IN  47706-1010
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5151516        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2019 19:42:00      PA Dept of Revenue,
                Bureau of Compliance,    PO Box 280946,    Harrisburg, PA   17128-0946
5151811       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2019 19:50:31
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5165745        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2019 19:42:00
                Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                Harrisburg PA   17128-0946
5157708        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2019 19:50:07
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
5151518        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2019 19:50:55
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
5151524        E-mail/Text: bnc-bluestem@quantum3group.com Mar 04 2019 19:42:26      Webbank Fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
5151525       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 04 2019 19:42:06
                Westlake Financial Svc,    4751 Wilshire Blvd # Bvld,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5166755*      ONEMAIN,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Kelly Ann Mosluk MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Joseph Richard Mosluk MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Richard Mosluk,
aka Joseph Mosluk, aka Joseph R. Mosluk,

**Debtor 1**

Kelly Ann Mosluk,
aka Kelly A. Mosluk, aka Kelly A. Bognatz, aka Kelly Mosluk, aka Kelly Bognatz, aka Kelly Ann Bognatz,

**Debtor 2**

Chapter 13

Case No. 5:19−bk−00207−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: April 1, 2019 |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 4, 2019

ntnew341 (04/18)