The Law Offices
*of*
BURR & REID, LLP
*A New York Registered Limited Liability Partnership*
Post Office Box 2308
Binghamton, New York 13902-2308
Telephone: (607) 798-1521 - Toll Free: (855) 299-3534
Facsimile: (607) 798-1913

Marylynn A. Reid *
Mark D. Spinner *

Shelley R. Dean
*Legal Assistant*

March 11, 2019

Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    *Joseph Richard Mosluk and Kelly Ann Mosluk*
    *Chapter "13" Case No.    19-bk-00207-RNO*
    *Claim No.    15*

Dear Sir or Madam:

    I respectfully request that Claim No. 15 filed on behalf of my client, Guthrie Medical Group, P.C., be withdrawn.

    Thank you for your cooperation.

    Very truly yours,

    The Law Offices of
    Burr & Reid, LLP

    By:  *s/Mark D. Spinner*

    Mark D. Spinner

MDS:sd

* *Admitted to Practice Law in the State of New York and the Commonwealth of Pennsylvania*
Offices Located at 400 Plaza Drive, Suite "C", Vestal, New York 13850

Case 5:19-bk-00207-RNO    Doc 20    Filed 03/11/19    Entered 03/11/19 09:04:28    Desc
Main Document    Page 1 of 1