```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 19-00207-RNO
Joseph Richard Mosluk                                        Chapter 13
Kelly Ann Mosluk
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke        Page 1 of 1       Date Rcvd: Mar 11, 2020
                           Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
5162225        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   P.O. Box 619096,
                   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Kelly Ann Mosluk MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Joseph Richard Mosluk MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Leon P Haller    on behalf of Creditor   MidFirst Bank lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Mark D. Spinner    on behalf of Creditor   Guthrie Medical Group, P.C. mark.spinner@burr-reid.org
              Sindi  Mncina    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00207-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Richard Mosluk
35 Thomas Dr
Tunkhannock PA 18657-9565

Kelly Ann Mosluk
35 Thomas Dr
Tunkhannock PA 18657-9565

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/11/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

NewRez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC dba Shellpoint Mortgage Servi
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/20

Terrence S. Miller
**CLERK OF THE COURT**