UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH RICHARD MOSLUK
AKA: JOSEPH R. MOSLUK, JOSEPH MOSLUK
KELLY ANN MOSLUK
AKA: KELLY A. BOGNATZ, KELLY A.
MOSLUK, KELLY MOSLUK, KELLY ANN
BOGNATZ, KELLY BOGNATZ
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-00207-RNO

vs.

JOSEPH RICHARD MOSLUK
AKA: JOSEPH R. MOSLUK, JOSEPH MOSLUK
KELLY ANN MOSLUK
AKA: KELLY A. BOGNATZ, KELLY A.
MOSLUK, KELLY MOSLUK, KELLY ANN
BOGNATZ, KELLY BOGNATZ
    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on July 15, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    s/   Charles J. DeHart, III
    Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA  17036
    Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH RICHARD MOSLUK<br>AKA: JOSEPH R. MOSLUK, JOSEPH MOSLUK<br>KELLY ANN MOSLUK<br>AKA: KELLY A. BOGNATZ, KELLY A. MOSLUK, KELLY MOSLUK, KELLY ANN BOGNATZ, KELLY BOGNATZ | CHAPTER 13 |
| Debtor(s) | CASE NO: 5-19-00207-RNO |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

### NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| August 19, 2020 at 9:00 am | August 19, 2020 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 3165.00**
**AMOUNT DUE FOR THIS MONTH: $585.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $3750.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
      CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                              Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

Dated:  July 15, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH RICHARD MOSLUK<br>AKA: JOSEPH R. MOSLUK, JOSEPH MOSLUK<br>KELLY ANN MOSLUK<br>AKA: KELLY A. BOGNATZ, KELLY A. MOSLUK, KELLY MOSLUK, KELLY ANN BOGNATZ, KELLY BOGNATZ<br><br>                     Debtor(s) | CHAPTER 13<br><br>CASE NO: 5-19-00207-RNO |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>                     Movant | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 15, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA 18701-1708

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

JOSEPH RICHARD MOSLUK
KELLY ANN MOSLUK
35 THOMAS DR
TUNKHANNOCK, PA 18657-9565

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 15, 2020

<u>Liz Joyce</u>
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH RICHARD MOSLUK
AKA: JOSEPH R. MOSLUK, JOSEPH
MOSLUK
KELLY ANN MOSLUK
AKA: KELLY A. BOGNATZ, KELLY
A. MOSLUK, KELLY MOSLUK,
KELLY ANN BOGNATZ, KELLY
BOGNATZ

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-00207-RNO

vs.

JOSEPH RICHARD MOSLUK
AKA: JOSEPH R. MOSLUK, JOSEPH
MOSLUK
KELLY ANN MOSLUK
AKA: KELLY A. BOGNATZ, KELLY
A. MOSLUK, KELLY MOSLUK,
KELLY ANN BOGNATZ, KELLY
BOGNATZ

MOTION TO DISMISS

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.