```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 19-00207-RNO
Joseph Richard Mosluk                                         Chapter 13
Kelly Ann Mosluk
         Debtors            CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 3              Date Rcvd: Aug 20, 2020
                              Form ID: ordsmiss          Total Noticed: 69
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
```
db/jdb         Joseph Richard Mosluk,   Kelly Ann Mosluk,    35 Thomas Dr,   Tunkhannock, PA 18657-9565
cr            +Commonwealth of Pennsylvania UCTS Collections Supp,   651 Boas Street, Room 925,
                Harrisburg, PA 17121-0751
cr             Guthrie Medical Group, P.C.,   Burr & Reid, LLP,   P.O. Box 2308,   Binghamton, NY 13902-2308
cr            +MidFirst Bank,   999 NW Grand Blvd., STE 100,   Oklahoma City, OK 73118-6051
5151487        Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
5151488        Aqua America,   762 W Lancaster Ave,   Bryn Mawr, PA 19010-3402
5151489        Blue Ridge Cable,   512 Hunter Hwy Ste 1,   Tunkhannock, PA 18657-7965
5151490       +Burr & Reid,   400 Plaza Dr,   Vestal, NY 13850-3667
5151491      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court: Caine Weiner,   PO Box 55848,   Sherman Oaks, CA 91413-0848)
5151614       +COMMONWEALTH OF PA UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 925,   HARRISBURG, PA 17121-0751
5151494        Ccs/First National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
5151495        Children's Hospital of Philadelphia,   c/o Harris & Harris,   PO Box 783777,
                Philadelphia, PA 19178-3777
5151498        Denise Mangan,   67 Graham Ave,   Wilkes Barre, PA 18706-3221
5151499        Fidelity Dep & Disc Ba,   5338 Washington Ave,   Scranton, PA 18501
5151501        Ge Capital,   401 N Broad St,   Philadelphia, PA 19108-1001
5151503       +Guthrie Clinic Epic,   1 Guthrie Sq,   Sayre, PA 18840-1699
5151504       +Guthrie Clinic N,   1 Guthrie Sq,   Sayre, PA 18840-1699
5151505        Guthrie Clinic N,   PO Box 826908,   Philadelphia, PA 19019
5170591        Guthrie Medical Group, P.C.,   c/o Burr & Reid, LLP,   400 Plaza Drive,   PO Box 2308,
                Binghamton, NY 13902-2308
5151506       +Guthrie Robert Packer Hospit,   1 Guthrie Sq,   Sayre, PA 18840-1698
5151486        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA 18701-1708
5151509        Lvnv Funding LLC,   Greenville, SC 29601
5151510        Majestic III,   35 Thomas Dr,   Tunkhannock, PA 18657-9565
5151511        Med Data Sys,   2150 15th Ave,   Vero Beach, FL 32960-3436
5177804       +MidFirst Bank,   999 N.W. Grand Blvd.,   Suite 100,   Oklahoma City, OK 73118-6051
5151512        Midland Mtg,   PO Box 268959,   Oklahoma City, OK 73126-8959
5151484        Mosluk Joseph Richard,   35 Thomas Dr,   Tunkhannock, PA 18657-9565
5151485        Mosluk Kelly Ann,   35 Thomas Dr,   Tunkhannock, PA 18657-9565
5162225      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   P.O. Box 619096,
                Dallas, TX 75261-9741)
5151514        Nationstar/mr Cooper,   350 Highland St,   Houston, TX 77009-6623
5311481        NewRez LLC dba Shellpoint Mortgage Servicing,   P.O. Box 10826,   Greenville, SC 29603-0826
5311482        NewRez LLC dba Shellpoint Mortgage Servicing,   P.O. Box 10826,   Greenville, SC 29603-0826,
                NewRez LLC dba Shellpoint Mortgage Servi,   P.O. Box 10826,   Greenville, SC 29603-0826
5173434       +Penelec,   FirstEnergy/Penelec,   101 Crawford's Corner Rd,   Bldg 1 Suite 1-511,
                Holmdel NJ 07733-1976
5151517        Penelec,   PO Box 3687,   Akron, OH 44309-3687
5151519       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
5151520       +R R Resource Recovery,   88 E Tioga Ave,   Corning, NY 14830-2882
5151521        Susquehanna Pathology Lab,   PO Box 197,   State College, PA 16804-0197
5151522        Tbom/contfin,   PO Box 8099,   Newark, DE 19714-8099
5176304       +Tyler Memorial Hospital,   c/o PASI,   PO Box 188,   Brentwood, TN 37024-0188
5151523        Tyler Memorial Hospital,   5950 State Route 6,   Tunkhannock, PA 18657
5161851       +Westkake Financial Services,   4751 Wilshire Blvd., Suite 100,   Los Angeles, CA 90010-3847
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5165251        EDI: PHINAMERI.COM Aug 20 2020 23:43:00      Americredit Financial Services, Inc.,
                Dba GM Financial,   P.O Box 183853,   Arlington, TX 76096
5159951       +EDI: PHINAMERI.COM Aug 20 2020 23:43:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                P O Box 183853,   Arlington, TX 76096-3853
5151492        EDI: CAPITALONE.COM Aug 20 2020 23:43:00      Capital One Bank USA N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
5151493       +E-mail/Text: bankruptcy@cavps.com Aug 20 2020 19:49:49      Cavalry Portfolio Serv,
                500 Summit Lake Dr,   Valhalla, NY 10595-2322
5152157       +E-mail/Text: bankruptcy@cavps.com Aug 20 2020 19:49:49      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5151612       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 20 2020 19:49:25      Credit Acceptance,
                25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
5151496        E-mail/Text: ebnnotifications@creditacceptance.com Aug 20 2020 19:49:25
                Credit Acceptance Corp,   PO Box 513,   Southfield, MI 48037-0513
5151497        E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2020 20:02:34
                Credit One Bank N.A.,   PO Box 60500,   City of Industry, CA 91716-0500
5173596        EDI: DIRECTV.COM Aug 20 2020 23:43:00      Directv, LLC,   by American InfoSource as agent,
                PO Box 5008,   Carol Stream, IL 60197-5008
5151500        EDI: AMINFOFP.COM Aug 20 2020 23:43:00      First Premier Bank,   3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5151502        EDI: PHINAMERI.COM Aug 20 2020 23:43:00      Gm Financial,    PO Box 181145,
                Arlington, TX  76096-1145
5151507        EDI: IRS.COM Aug 20 2020 23:43:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5157156        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:02:41      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
5155056        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 20 2020 20:02:52      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC  29603-0368
5151513        E-mail/Text: Bankruptcies@nragroup.com Aug 20 2020 19:50:03      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA  17111-1036
5164223        EDI: AGFINANCE.COM Aug 20 2020 23:43:00      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5151515        EDI: AGFINANCE.COM Aug 20 2020 23:43:00      Onemain,    PO Box 1010,
                Evansville, IN  47706-1010
5151516        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 19:49:37      PA Dept of Revenue,
                Bureau of Compliance,    PO Box 280946,    Harrisburg, PA  17128-0946
5177805        EDI: PRA.COM Aug 20 2020 23:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5151811       +EDI: PRA.COM Aug 20 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA  23541-1021
5165745        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 19:49:37
                Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                Harrisburg PA  17128-0946
5157708        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:02:39
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC  29603-0587
5151518        EDI: PRA.COM Aug 20 2020 23:43:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                Norfolk, VA  23502-4952
5171136       +EDI: JEFFERSONCAP.COM Aug 20 2020 23:43:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5175072       +E-mail/Text: bncmail@w-legal.com Aug 20 2020 19:49:46      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5172729        EDI: AIS.COM Aug 20 2020 23:43:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                Houston, TX  77210-4457
5151524        EDI: BLUESTEM Aug 20 2020 23:43:00      Webbank Fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN  56303-0820
5151525       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 20 2020 19:49:40
                Westlake Financial Svc,    4751 Wilshire Blvd # Bvld,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                Arlington, TX 76096-3853
cr*           NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5166755*      ONEMAIN,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
5151508      ##Jeffrey J. Bognatz,    604 Meshoppen Creek Rd,    Meshoppen, PA  18630-8513
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 2 Kelly Ann Mosluk MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 Joseph Richard Mosluk MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Leon P Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          Mark D. Spinner    on behalf of Creditor    Guthrie Medical Group, P.C. mark.spinner@burr-reid.org
          Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
           smncina@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph Richard Mosluk,<br>aka Joseph Mosluk, aka Joseph R. Mosluk,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19–bk–00207–RNO |
| Kelly Ann Mosluk,<br>aka Kelly A. Mosluk, aka Kelly A. Bognatz, aka Kelly Mosluk, aka Kelly Bognatz, aka Kelly Ann Bognatz,<br><br>**Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 20, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)